```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| CONSOLIDATED BRICK & BUILDING SUPPLIES, INC., | CIVIL ACTION NO. 06-2534 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| DAN LEPORE & SONS COMPANY, |  |
| Defendant. |  |

**THE PLAINTIFF** and the defendant having stipulated to dismiss the claims between them (dkt. entry no. 12, 4-6-07 Stip.); and the Clerk having terminated the first-party action; and Chambers having contacted the defendant's counsel — Gary M. Perkiss — by telephone on April 9, 2007; and the defendant's counsel advising that the third-party claims have been settled as well; and thus the Court intending to dismiss the third-party complaint (1) without costs and (2) without prejudice to reopen the third-party action on good cause shown within 60 days if the settlement is not consummated; and the Court advising the parties that, even though the entire action will be marked as closed, to protect their interests they may submit a further stipulation of dismissal; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                      s/ Mary L. Cooper
                                      **MARY L. COOPER**
                                      United States District Judge